IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| THOMAS GILBERT BEASLEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-084 |
| | ) |
| STATE OF GEORGIA; ATTORNEY GENERAL CHRIS CARR; and SANDY HODSON, | ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 9.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a federal claim upon which relief may be granted and any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this 21st day of September, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA