IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

THOMAS GILBERT BEASLEY,            )
                                    )
    Plaintiff- Appellant,           )
                                    )   CASE NO.   1:23-cv-84
  v.                                )
                                    )   Appeal No. 23-13228-J
STATE OF GEORGIA, SANDY HODSON,    )
ATTORNEY GENERAL, STATE OF GEORGIA,)
                                    )
                                    )
    Defendants - Appellees.         )

O R D E R

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this ___24th___ day of JANUARY 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA